CRISTINO ET AL., APPELLANTS, *v.* OHIO BUREAU OF WORKERS' COMPENSATION ET AL., APPELLEES.

[Cite as *Cristino v. Ohio Bur. of Workers' Comp.,* 101 Ohio St.3d 97, 2004-Ohio-201.]

98

(No. 2003–0680—Submitted January 14, 2004—Decided February 4, 2004.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Santos v. Ohio Bur. of Workers' Comp.*, 101 Ohio St.3d 74, 2004-Ohio-28, 801 N.E.2d 441.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Bashein & Bashein Co., L.P.A., and W. Craig Bashein; Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for appellants.

Jim Petro, Attorney General, and Mark E. Mastrangelo, Assistant Attorney General, for appellees.